United States District Court
Southern District of Texas
**ENTERED**
February 22, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COUNTY OF ANGELINA, ) | |
| Plaintiff, ) | |
| ) | |
| Vs ) | CASE NO. 4:18-cv-04707 |
| ) | |
| PURDUE PHARMA, L.P., ET AL., ) | |
| Defendants. ) | |

## **ORDER**

Having found that complete diversity does not exist in this case and that, therefore, there is no valid basis for removal,

IT IS HEREBY ORDERED that the case be remanded to the 152nd Judicial District Court of Harris County, State of Texas, MDL No. 18-0358, In Re: Texas Opioid Litigation.

Signed Feb 21, 2019

_____
PRESIDING JUDGE